THOMAS *v.* THE STATE.

RUSSELL, Chief Justice. 1. In the absence of a timely written request, failure to give in charge to the jury the law applicable to a theory of defense raised solely by the statement of the defendant on trial is not error. *Randall* v. *State*, 176 *Ga.* 898 (169 S. E. 103).

2. In charging the jury on the law of justifiable homicide, omission to give the definition of the word "felony" as contained in the Code is not cause for a new trial, no timely written request having been pre-

sented therefor. *Pickens* v. *State*, 132 *Ga.* 46 (63 S. E. 783); *Pressley* v. *State*, 132 *Ga.* 64 (3) (63 S. E. 784); *Mills* v. *State*, 133 *Ga.* 155 (4) (65 S. E. 368); *Hall* v. *State*, 133 *Ga.* 177 (8) (65 S. E. 400); *Worley* v. *State*, 136 *Ga.* 231 (3) (71 S. E. 153); *Helms* v. *State*, 138 *Ga.* 826 (7) (76 S. E. 353).

3. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

No. 10898. NOVEMBER 14, 1935.

424

*James R. Venable, J. B. Wood,* and *Frank A. Bowers,* for plaintiff in error.

*M. J. Yeomans, attorney-general, John A. Boykin, solicitor-general, B. D. Murphy,* and *J. W. LeCraw,* contra.